# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Wendy Roper, ) | | JUDGMENT IN CASE |
| ) | | |
| Plaintiff(s), ) | | 1:24-cv-00106-FDW |
| ) | | |
| vs. ) | | |
| ) | | |
| Commissioner of Social Security, ) | | |
| Defendant(s). ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 22, 2024 Order.

October 22, 2024

Katherine Hord Simon, Clerk
United States District Court